| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |

| | | | |
|---|---|---|---|
| BEFORE: | A. KATHLEEN TOMLINSON<br>U.S. MAGISTRATE JUDGE | DATE:<br>TIME: | 5/12/11<br>4:00 PM |

*Casolino, et al. -v- Northeast Securities, Inc., et al.,* **CV-10-680 (LDW) (AKT)**

TYPE OF CONFERENCE:     **PRE-TRIAL CONFERENCE**

APPEARANCES:     Plaintiff     Scott Browning Gilly

                                 Defendant    Raymond Nardo

THE FOLLOWING RULINGS WERE MADE:

1. Pending before the Court is Plaintiffs' motion to compel the production of documents [DE 44]. For the reasons set forth on the record, Plaintiffs' motion is GRANTED in part and DENIED in part. The following is a summary of today's rulings:

    • With regard to Supp. Doc Req. Nos. 2, 3, 7 and Second Supp. Doc. Req. No. 1, the parties advised the Court that responsive documents have been produced by the Defendants.

    • With regard to Supp. Doc. Req. Nos. 1 and 15, Defendants are not obligated to respond to these requests.

    • With regard to Supp. Doc. Req. Nos. 8 and 9, Defendants are directed to provide any monthly and quarterly financial statements of Northeast from January 2007 through September 2008.

    • With regard to Supp Doc. Req. No. 10, Defendants are directed to provide cell phone records from September 16, 2008 through September 30, 2008 for the designated individuals. However, Defendants' counsel may redact those calls that do not involve employees of Northeast.

    Defendants' counsel shall produce responsive documents within 10 days of today's Conference. Since the Defendants may have to request their cell phone records from their respective carriers, the 10 day directive does not apply to these records, although counsel is nonetheless directed to act expeditiously to obtain and produce these records.

2. In light of the additional document production, the parties have until June 13, 2011 to file an Amended Pre-Trial Order. If Plaintiffs' counsel has not received the cell phone records by that date, Plaintiffs may reserve their right to include such records as exhibits.

3. The Court notes that the case is not amenable to settlement at this point in time.

SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge