UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ROBIN CASOLINO and
MICHAEL SCHUNK,

      Plaintiffs,

  - against -

NORTHEAST SECURITIES, INC.; STEVE
PERRONE, in his individual and official capacities;
MITCHEL SKLAR, in his individual and official
capacities; and MARK SKLAR, in his individual and
official capacities,

      Defendants.

-----------------------------------------------------------------X

Case No. 10 Civ. 0680 (LDW) (AKT)

**NOTICE OF APPEARANCE**

  **PLEASE TAKE NOTICE** that Douglas H. Wigdor, Esq. of Thompson Wigdor & Gilly LLP hereby enters his appearance as counsel on behalf of Plaintiffs Robin Casolino and Michael Schunk in the above-captioned matter.

Dated: June 2, 2011
   New York, New York

Respectfully Submitted,

THOMPSON WIGDOR & GILLY LLP

By: _____
   Douglas H. Wigdor

85 Fifth Avenue
New York, NY  10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@twglaw.com

*COUNSEL FOR PLAINTIFFS*