UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
ROBIN CASOLINO and MICHAEL
SCHUNK,

                             Plaintiffs,              JUDGMENT IN A CIVIL CASE

                               v.                               CV 10-0680 (LDW)

NORTHEAST SECURITIES, INC.;
STEVE PERRONE, in his individual and
official capacities; MITCHELL SKLAR, in
his individual and official capacities; and
MARK SKLAR, in his individual and
official capacities.

                                Defendants.
--------------------------------------------------------x

  XX   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been

        tried and the jury has rendered its verdict.

_____   Decision by Court.  This action came to trial or hearing before the Court.  The issues
        have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED

        That plaintiffs take nothing of defendants and that judgment is hereby entered in

        favor of defendants and against plaintiffs dismissing the complaint with prejudice.

Dated: Central Islip,  New York            DOUGLAS C. PALMER
       April 23, 2012                            Clerk of Court


                                                 By: _____/s/_____
                                                       Josiah Kharjie
                                                       Courtroom Deputy